*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRELLEBORG A.B., et al., <br><br> Defendants. | Case No.  SACV 10-1553-GW(FFMx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Notice of Voluntary Dismissal, filed on January 7, 2013, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.  Plaintiff and Defendants shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 9, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT